# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                               **Case No:  6:14-cv-144-Orl-28KRS**

**NANCY MOON,**

      **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 9) filed February 28, 2014.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Amended Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 12, 2014 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. No. 9) is **GRANTED in part** and **DENIED in part**.

3. The Court finds that Nancy Moon is liable to the United States of America ("United States") for $38,034.88 plus accrued prejudgment interest.

4. The United States' request for attorney's fees and costs is **DENIED without prejudice**.  The United States shall file a motion with supporting memorandum of law and

evidence as to its request for attorney's fees and costs within fourteen (14) days from the date of this Order. The motion shall comply with the recommendations set forth in the Report and Recommendation.

6. After the Court resolves the request for attorney's fees and costs, the Court will require the United States to file a proposed judgment to cover the default amount, prejudgment interest, and any awarded attorney's fees and costs.

**DONE** and **ORDERED** in Orlando, Florida, on May 30, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties