UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                     **Case No: 6:14-cv-144-Orl-41KRS**

**NANCY MOON,**

      **Defendant.**
_____/

### ORDER

    THIS CAUSE is before the Court on Plaintiff's Motion for Attorneys' Fees. (Doc. 12). The United States Magistrate Judge submitted a Report and Recommendation (Doc. 19) recommending that the Motion, as revised by Supplement to Plaintiff's Motion for Attorney's Fees (Doc. 18), be granted.

    After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorneys' Fees (Doc. 12), as supplemented and revised, is **GRANTED**.

3. Nancy Moon is liable to the United States of America for $1,900.00 in attorney's fees and $35.00 in costs.

4. In accordance with this Court's previous Order (Doc. 11), the United States shall file a proposed judgment to cover the default amount, prejudgment interest, attorneys' fees, and costs on or before **Monday, September 22, 2014**.

**DONE** and **ORDERED** in Orlando, Florida on September 5, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party